## Vischer and others *ads.* Van Alen.

*Ejectment.* **D.** *TEN BROECK* moved to fet afide a default entered againft the *tenant* for not pleading.

*Per Curiam.* In this cafe it appears that the confent rules were entered into, a new declaration delivered, but no plea filed, and thereupon judgment was entered by default againft the *tenant*.

Although at the time of figning the rule the plea ought to have been put in, yet the entering the default in this manner was improper. It fhould have been againft the *cafual ejector*, according to the terms of the confent rule. There can be no judgment by default againft the *tenant*.

Let the defendant take the effect of his motion.